467 A.2d 50

Long, Appellant v. Long et al.

Submitted January 20, 1982. Eugene C. Lamanna, for appellant; Milton Bernstein, for appellees.

Before JOHNSON, WATKINS and LIPEZ, JJ.

Order affirmed.